UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| J GIORDANO SECURITIES LLC d/b/a ) <br> J GIORDANO SECURITIES GROUP ) <br> ) <br> Plaintiff ) <br> ) <br> - vs - ) <br> ) <br> CALVERT GROUP, LTD., CALVERT ) <br> ASSET MANAGEMENT COMPANY, ) <br> INC., CALVERT SOCIAL INVESTMENT ) <br> FUND, and CALVERT VARIABLE ) <br> SERIES, INC. ) <br> ) <br> Defendants ) | Civil Action No: 3:06-CV-1415 (JCH) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and 41(c), Plaintiff J Giordano Securities Group LLC d/b/a J Giordano Securities Group and Defendants Calvert Group, Ltd., Calvert Asset Management Company, Inc., Calvert Social Investment Fund and Calvert Variable Series, Inc., through their respective counsel, hereby stipulate, without any other consideration or compensation, and with each side waiving all rights of appeal and bearing its respective attorneys' fees and costs, to the voluntary and mutual dismissal with prejudice of all claims and counterclaims asserted in this action.

The parties respectfully ask the Court to retain jurisdiction with respect to matters related to this Stipulation of Dismissal with Prejudice by endorsing it below.

STIPULATED AND AGREED TO BY:

DREIER LLP

Date: MAY 1, 2007

By: _____
Joseph M. Pastore III (ct 11431)
Eric C. Osterberg (ct 22679)
One Landmark Square, 20th Floor
Stamford, Connecticut 09601
(203) 425-9500

*Attorneys for Plaintiff J Giordano Securities LLC*

and

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

Date: April 30, 2007

By: /s/ Stephen G. Topetzes
Stephen G. Topetzes (Bar No. phv01505)
Glenn R. Reichardt (Bar No. phv12012)
Bethany M. Nikfar (Bar No. phv01506)
1601 K Street, N.W.
Washington, D.C. 20006
(202) 778-9000

Alfred U. Pavlis, Esq.
Daly & Pavlis, LLC
107 John Street
Southport, CT 06890
Phone: 203/225-6700
Fax: 203/255-1953

*Attorneys for Defendants Calvert Group, Ltd., Calvert Asset Management Company, Inc., Calvert Social Investment Fund, and Calvert Variable Series, Inc.*

**SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE JANET C. HALL

2